RICHARD F. ARONSOHN v. SALVATORE MANDARA.

November 1, 1983.

Petition for certification granted.

FIRST REAL ESTATE INVESTMENT TRUST OF NEW JERSEY
v. BOROUGH OF HASBROUCK HEIGHTS.

November 1, 1983.

Petition for certification denied.   (See 190 *N.J.Super.* 85)

STATE OF NEW JERSEY v. VINCENT FENECK.

November 1, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. NEIL J. LUCAS.

November 1, 1983.

Petitions for certification denied.